## Case Information

# Mike Dunn.Estate of Shirley Dunn.Sean McPherson.Mary McPherson.Mark Newsom.Michael Newsom vs. Polaris, Inc.,Polaris Industries, Inc.,Glover Enterprises, LLC,John R. Glover

24-145-DCCV-00102

Location
Leon County - District Clerk

Case Category
Civil - Injury or Damage

Case Type
Motor Vehicle Accident

Case Filed Date
6/10/2024

Judge
Ridley, Hal R.

Case Status
Open (F)

## Parties [10]

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | Mike Dunn | | Mr Kevin Roger Knight |
| Plaintiff | Mary McPherson | | Mr Kevin Roger Knight |
| Plaintiff | Sean McPherson | | Mr Kevin Roger Knight |
| Plaintiff | Mark Newsom | | |
| Plaintiff | Michael Newsom | | |
| Plaintiff | Estate of Shirley Dunn | | Mr Kevin Roger Knight |
| Defendant | Polaris, Inc. | | Mr David T. McDowell |
| Defendant | Polaris Industries, Inc. | | Mr David T. McDowell |
| Defendant | Glover Enterprises, LLC | | Mr David T. McDowell |
| Defendant | John R. Glover | | Mr David T. McDowell |

## Events [19]

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 6/10/2024 | Filing | Oath | | *No Documents* ⓘ |
| 6/10/2024 | Filing | Petition | Plaintiffs' Original Petition | Plaintiffs Original Petition.pdf |
| 6/10/2024 | Filing | No Fee Documents | Ltr to District Clerk paying for 4 citations | ltr via efiling to leon co dist clerk paying for the issuance of 4 citations 061024.pdf |
| 6/11/2024 | Filing | Citation Issued | ISSUED CITATION TO POLARIS INDUSTRIES, INC. - EMAILED TO ATTY | Citation Issued.pdf |
| 6/11/2024 | Filing | Citation Issued | ISSUED CITATION TO JOHN R. GLOVER - EMAILED TO ATTY | Citation Issued.pdf |
| 6/11/2024 | Filing | Citation Issued | ISSUED CITATION TO POLARIS INC. - EMAILED TO ATTY | Citation Issued.pdf |
| 6/11/2024 | Filing | Citation Issued | ISSUED CITATION TO GLOVER ENTERPRISES, LLC - EMAILED TO ATTY | Citation Issued.pdf |
| 6/18/2024 | Filing | No Fee Documents | ROS Citation Served on Def John Glover | ROS citation served on Def John Glover.pdf |
| 6/18/2024 | Filing | No Fee Documents | ROS Citation Served on Def. Glover Enterprises, LLC | ROS citation served on Def Glover Enterprises, LLC.pdf |
| 6/26/2024 | Filing | Answer/Response | Answer/Response | General Denial.pdf |

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 6/27/2024 | Filing | Answer/Response | First Amended Answer | General Denial - Amended.pdf |
| 7/1/2024 | Filing | No Fee Documents | ROS Citation Served on Polaris Industries, Inc. | ROS Citation_Polaris Industries Inc.pdf |
| 7/1/2024 | Filing | No Fee Documents | ROS Citation Served on Polaris, Inc. | ROS citation_Polaris Inc.pdf |
| 7/19/2024 | Filing | Answer/Response | Special Exceptions and Affirmative Defenses | Special Exceptions and Affirmative Defenses.pdf |
| 8/16/2024 | Filing | OTH | Ltr to District Clerk filing Sean McPherson Billing Affidavits | ltr to Leon Co DC filing mcpherson billing affidavits 081624.pdf |
| 8/16/2024 | Filing | OTH | Ltr to Leon Co. District Clerk fwdg Medical expense Affidavits | ltr to Leon Co DC filing dunn billing affidavits 081624.pdf |
| 9/5/2024 | Filing | NOT | Notice of Change of Address | Notice of Change of Address.pdf |
| 9/10/2024 | Filing | OTH | Setting Request Form on Polaris Industries Inc. and Polaris Inc.'s Special Exceptions | Setting Request Form on Polaris Industries Inc. and Polaris Inc.'s Special Exceptions.pdf |
| 9/16/2024 | Filing | OTH | Setting Request Form on Polaris Industries Inc. and Polaris Inc.'s Special Exceptions | Setting Request Form on Polaris Industries Inc. and Polaris Inc.'s Special Exceptions.pdf |

© 2025 Tyler Technologies, Inc. | All Rights Reserved

Version: 2025.2.9.1158



## Case Information

# Mike Dunn.Estate of Shirley Dunn.Sean McPherson.Mary McPherson.Mark Newsom.Michael Newsom vs. Polaris, Inc.,Polaris Industries, Inc.,Glover Enterprises, LLC,John R. Glover

24-145-DCCV-00102

Location
Leon County - 369th District Court

Case Category
Civil - Injury or Damage

Case Type
Motor Vehicle Accident

Case Filed Date
6/10/2024

Judge
Sorensen, Tracy

Case Status
Open (Filed)

## Parties 10

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | Mike Dunn | | Mr John Fletcher Walker, III, Mr Kevin Roger Knight |
| Plaintiff | Mary McPherson | | Mr John Fletcher Walker, III, Mr Kevin Roger Knight |
| Plaintiff | Sean McPherson | | Mr John Fletcher Walker, III, Mr Kevin Roger Knight |
| Plaintiff | Mark Newsom | | Mr John Fletcher Walker, III, Mr Kevin Roger Knight |
| Plaintiff | Michael Newsom | | Mr John Fletcher Walker, III, Mr Kevin Roger Knight |
| Plaintiff | Estate of Shirley Dunn | | Mr John Fletcher Walker, III, Mr Kevin Roger Knight |
| Defendant | Polaris, Inc. | | Kade Rhodes, Mr David T. McDowell |
| Defendant | Polaris Industries, Inc. | | Kade Rhodes, Mr David T. McDowell |
| Defendant | Glover Enterprises, LLC | | Bennie Rush, ~~Mr David T. McDowell~~ |
| Defendant | John R. Glover | | Bennie Rush, ~~Mr David T. McDowell~~ |

## Hearings 4

| Date/Time | Hearing Type | Judge | Location | Result |
|---|---|---|---|---|
| 1/24/2025 09:00 AM | Hearing | | | |
| 5/22/2025 09:00 AM | Hearing | | | |
| 11/7/2025 09:00 AM | Pre-Trial Hearing | | | |
| 11/17/2025 09:00 AM | Jury Trial | | | |

## Events 25

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 10/21/2024 | Filing | REQ | Setting Request Form on Polaris Industries Inc. and Polaris Inc.'s Special Exceptions | Setting request form (2024.12.02).pdf |
| 10/28/2024 | Filing | DN | CONFIRMATION OF SETTING DATES | Docket Notes.pdf |
| 11/8/2024 | Filing | OTH | Agreed Motion for Entry of Protective Order | Agreed Motion for Entry of Protective Order.pdf |

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 11/12/2024 | Filing | AMEND | Amended Exhibit to Agreed Motion for Entry of Protective Order | Stipulated Protective Order.pdf |
| 11/15/2024 | Filing | OTH | SIGNED AGREED PROTECTIVE ORDER REGARDING CONFIDENTIALITY OF DOCUMENTS AND OTHER MATERIALS | 24-145-DCCV-00102.pdf |
| 11/26/2024 | Filing | AMEND | Plaintiffs' First Amended Petition | Plaintiffs First Amended Petition .pdf |
| 1/13/2025 | Filing | MOT | Plaintiffs' Motion for Entry of a Docket Control Order | Plaintiffs' Motion for Entry of DCO 011325.pdf |
| 1/13/2025 | Filing | REQ | Setting Request | setting request 011325.pdf |
| 1/17/2025 | Filing | Answer/Response | Response to Plaintiffs' Motion for Entry of Docket Control Order | Response to Plaintiffs' Motion for Entry of Docket Control Order.pdf |
| 1/20/2025 | Filing | Other | Ltr to Leon Co. District Clerk fwdg Medical Expense Affidavit | ltr to Leon Co DC filing dunn billing affidavits 012025.pdf |
| 1/24/2025 | Hearing | Hearing | - | - |
| 1/27/2025 | Filing | Other | DOCKET CONTROL ORDER | 24-145-DCCV-00102.pdf |
| 2/6/2025 | Filing | Other | SDT Verizon (Plaintiffs) | Polaris.Dunn - SDT Verizon (Plaintiffs).pdf |
| 2/11/2025 | Filing | Other | Return of Service P331645_001.pdf | Return of Service.pdf |
| 4/28/2025 | Filing | MOT | Motion (No Fee) | Motion to Quash Deposition.pdf |
| 4/28/2025 | Filing | PO | Proposed Order | Motion to Quash Depsoition Order.pdf |
| 5/15/2025 | Filing | OTH | Confirmation of Hearing | Confirmation of Hearing.pdf |
| 5/15/2025 | Filing | PO | ORDER GRANTING MOTION TO COMPEL | Polaris Dunn - Proposed Order Granting Motion to Compel Glover 4902-3425-3124 v.1.pdf |
| 5/15/2025 | Filing | MOT | POLARIS INDUSTRIES INC.S EMERGENCY MOTION TO COMPEL DEPOSITION OF JOHN R. GLOVER | Polaris.Dunn - Polaris' Motion to Compel Deposition of John Glover 4922-1324-2692 v.1.pdf |
| 5/22/2025 | Hearing | Hearing | - | - |
| 5/22/2025 | Filing | DN | Hearing on Motion to Compel Deposition - counsel appeared (Rush by phone), argument heard, taken under advisement ~TMS | *No Documents* ⓘ |
| 5/30/2025 | Filing | DN | signed Order Denying Mtn to Compel ~TMS | *No Documents* ⓘ |
| 5/30/2025 | Filing | OTH | Order on Motion to Compel | 24-145-dccv-00102.order on mtn to compel.pdf |
| 11/7/2025 | Hearing | Pre-Trial Hearing | - | - |
| 11/17/2025 | Hearing | Jury Trial | - | - |

© 2025 Tyler Technologies, Inc. | All Rights Reserved
Version: 2025.2.9.1158

